IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff<br><br>    v.<br><br>**AWILDA L. COLON-PAGAN,**<br>    Defendant. | **Criminal No. 07-121 (ADC)** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is an unopposed Report and Recommendation issued by Chief Magistrate-Judge Justo Arenas on April 22, 2008. (**Docket No. 1305**). In said Report and Recommendation the Chief Magistrate-Judge recommends that: defendant **Awilda L. Colón-Pagán** be adjudged guilty of the offenses charged in Count I (21 U.S.C. §§ 841(a)(1), 846 and 860) inasmuch as, her plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Chief Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules.  See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Chief Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for July 31, 2008 at 11:00 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of May, 2008.

                                       S/**AIDA M. DELGADO-COLON**
                                       **United States District Judge**